DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

Entered on Docket
May 23, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 23, 2016



_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RALSTON RANDOLPH and PATRICIA LYNN BUFFAM

Debtor(s)

Case No.: 15-1-1306AJ13

### ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on May 18, 2016, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated April 6, 2016 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided, or extinguished, except by adversary proceeding pursuant to FRBP 7001(2) or contested matter pursuant to FRBP 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. Any incorporation into the plan of any guideline or general order, including, without limitation, the Mortgage Modification Mediation Program, is not approved.

5. Any provision of the plan purporting to call for postpetition mortgage payments at anything other than the full amount due shall be deemed to be a proposal to make lesser payments which the creditor may accept without prejudice to all of its legal rights.

**IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

Plan payments shall be: $375.00 for 3 months, $500.00 for 27 months, and $980.00 for the remaining term of the plan, for a total base of $44,025.00.

Paragraph 4D shall reflect the arrears to be paid to Wells Fargo Bank, N.A. as $27,393.00, consistent with their proof of claim filed on 05/02/2016. The arrears will be paid at 0% interest.

Concurred as to special provisions content:

/s/ BRISA C. RAMIREZ
BRISA C. RAMIREZ
Attorney for David Burchard, Chapter 13 Trustee


/s/ BRIAN A. BARBOZA
BRIAN A. BARBOZA
Attorney for Debtor(s)


Wells Fargo Bank, N.A. hereby withdraws the Objection to Confirmation of Second Amended Chapter 13 Plan filed on May 3, 2016 as docket number 30.

/s/ MARK D ESTLE
MARK D. ESTLE
Attorney for Secured Creditor, Wells Fargo Bank, N.A.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST