Entered on Docket
March 14, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 14, 2019

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 15-11306 DM |
|---|---|
| RALSTON RANDOLPH BUFFAM AND PATRICIA LYNN BUFFAM, | Chapter 13 |
| Debtors. | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

On March 13, 2019, the court conducted a hearing on US Bank Trust National Association's Motion for Relief From the Automatic Stay (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied for lack of prosecution.

* * * END OF ORDER * * *

1

COURT SERVICE LIST

Ralston Randolph Buffam
7402 Circle Drive
Rohnert Park, CA 94928

Patricia Lynn Buffam
7402 Circle Drive
Rohnert Park, CA 94928

Other recipients are ECF participants